JAMES A. MARISSEN (SBN: 257699)
jmarissen@grsm.com
RACHEL A. WEITZMAN (SBN: 307076)
rweitzman@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
2211 Michelson Drive, Suite 400
Irvine, CA 92612
Telephone: (949) 255-6996
Facsimile: (949) 474-2060

Attorneys for Defendant
CMA CGM (AMERICA) LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. DIAMOND PRODUCTION, INC.;<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROKERAGE, INC.; EVERPORT TERMINAL SERVICES, INC.; CMA CGM STEAMSHIP LINE;<br><br>Defendants. | CASE NO. 3:19-cv-06667-CRB<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

Based on the stipulation of counsel of record for Plaintiff A. DIAMOND PRODUCTION, INC.'s ("Plaintiff") and Defendant CMA CGM (AMERICA) LLC's ("CMA CGM"), erroneously sued herein as CMA CGM STEAMSHIP LINE, who stipulate that this entire action be dismissed with prejudice against all named defendants, including Everport Terminal Services, Inc. and International Brokerage, Inc., and with each party to bear its own attorney's fees and costs, and good cause having been shown:

**IT IS ORDERED**, that the above entitled action in its entirety is dismissed, with prejudice, against all named defendants, including Everport Terminal Services, Inc. and International Brokerage, Inc., and each party shall bear its own attorney's fees and costs.

///

**IT IS FURTHER ORDERED**, that the hearing on CMA CGM's Motion to Dismiss Plaintiff's Complaint on the ground of forum *non conveniens* based upon the contractual forum selection clause, currently set for December 6, 2019 at 10:00am, is hereby vacated.

**IT IS SO ORDERED.**

Dated: November 4, 2019

Hon. Charles R. Breyer
United States District Court